*John C. Cooper & Son,* for Defendant in Error.

---

Southern Colonization Company, a Corporation, Appellant, v. H. D. Derfler, Appellee.

An Appeal from an Interlocutory Order of the Circuit Court within and for the County of Osceola.

Appeal dismissed on motion of counsel for appellant, at costs of appellant.

*Crawford & Jarrell,* for Appellant;

No appearance for Appellee.